**Dismissed and Memorandum Opinion filed July 12, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00454-CV

### WM3 VENTURES, INC., Appellant

### V.

### FOX TELEVISION STATION LLC D/B/A WNYW-TV, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1092849**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed February 27, 2018. No counsel has made an appearance on behalf of appellant WM3 Ventures, Inc.

Only a licensed attorney can appear and represent a corporation in litigation. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied). On June 12, 2018, we instructed appellant to obtain counsel

for this appeal and to provide proof of the retention on or before June 22, 2018. We stated that if appellant does not comply, the court would dismiss appellant's appeal for want of prosecution. No proof of retention of counsel or other response has been filed.

Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby.